IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sanders-Clark, Winnifred D

Printed: 11/20/07

Case Number: 07 B 11295
Judge: Squires, John H
Filed: 6/25/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: October 29, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 495.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 468.27 |
| Trustee Fee: |  | 26.73 |
| Other Funds: |  | 0.00 |
| Totals: | 495.00 | 495.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,834.00 | 468.27 |
| 2. | Infiniti Financial Service | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 4. | Chase Automotive Finance | Secured | 0.00 | 0.00 |
| 5. | Wells Fargo Bank | Secured | 520.48 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 12.50 | 0.00 |
| 7. | LVNV Funding | Unsecured | 1,266.91 | 0.00 |
| 8. | World Financial Network Nat'l | Unsecured | 50.82 | 0.00 |
| 9. | Medical Collections | Unsecured |  | No Claim Filed |
| 10. | Community Hospital | Unsecured |  | No Claim Filed |
| 11. | CBNA | Unsecured |  | No Claim Filed |
| 12. | St Margaret Mercy Hospital | Unsecured |  | No Claim Filed |
| 13. | St Mary Health System | Unsecured |  | No Claim Filed |
| 14. | St Margaret Mercy Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 4,684.71 | $ 468.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 26.73 |
|  | $ 26.73 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sanders-Clark, Winnifred  D

Printed:  11/20/07

Case Number:  07 B 11295
Judge:  Squires, John H

Filed:  6/25/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_